**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1056**

_____

EDMOND D. STEPHENS,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Huntington.  Robert C. Chambers,
District Judge.  (CA-04-575-3)

_____

Submitted:  May 24, 2006            Decided:  October 2, 2006

_____

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

J. T. Meisel, Huntington, West Virginia, for Appellant.  Donna L.
Calvert, Regional Chief Counsel, William B. Reeser, Supervisory
Regional Counsel, Stephen T. Giacchino, Assistant Regional Counsel,
SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Charles
T. Miller, Acting United States Attorney, Fred B. Westfall, Jr.,
Assistant United States Attorney, Charleston, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edmond D. Stephens appeals the district court's order accepting the recommendation of the magistrate judge and granting the Commissioner's motion for judgment on the pleadings and affirming the Commissioner's order denying Social Security benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Stephens v. Barnhart, No. CA-04-575-3 (S.D. W. Va. Sept. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED